IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-269-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LAWRENCE MCNEILL, ) | |
| ) | |
| Defendant. ) | |

Not later than May 28, 2021, the United States shall respond to defendant's motion for specific performance of plea agreement [D.E. 138].

SO ORDERED. This 29 day of April 2021.

JAMES C. DEVER III
United States District Judge