IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CR-269-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LAWRENCE T. MCNEILL, | ) | |
| | ) | |
| Defendant. | ) | |

On June 9, 2022, Lawrence T. McNeill filed a motion for a judicial recommendation for placement in a residential re-entry center/halfway house. See [D.E. 146]. The Bureau of Prisons ("BOP") gets to decide whether McNeill will serve his imprisonment in a placement in a residential re-entry center/halfway house and what types of post-sentencing rehabilitation McNeill receives while incarcerated. See 18 U.S.C. §§ 3621(b), 3624(c). If McNeill is not satisfied with the BOP's decision, McNeill may seek judicial review.

In sum, McNeill's motion for a motion for a judicial recommendation for placement in a residential re-entry center/halfway house [D.E. 146] is DENIED without prejudice.

SO ORDERED. This _12_ day of September, 2022.

JAMES C. DEVER III
United States District Judge